# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUH XIONG, | Case No.: 13-cv-00111 AWI SAB |
| Plaintiff, | ORDER TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE |
| v. | |
| CITY OF MERCED, a municipal corporation; EDUARDO CHAVEZ and JAMES LODWICK , DOES 1-20, inclusive; individually and in their official capacities as POLICE OFFICERS for the CITY OF MERCED, | Hearing Date:       July 2, 2013<br>Hearing Time:       9:00 a.m.<br>Hearing Location:  United States District Court<br>                              2500 Tulare Street<br>                              Courtroom 9<br>                              Fresno, California |
| Defendants | |

Pursuant to the request of the parties, the Court shall continue the April 30, 2013 Initial Case Management Conference to July 2, 2013. Accordingly, IT IS HEREBY ORDERED that the Initial Scheduling Conference set for April 30, 2013, is VACATED, and the Initial Scheduling Conference is CONTINUED to July 2, 2013, at 2:30 p.m. in Courtroom 9.

IT IS SO ORDERED.

Dated:  **April 24, 2013**

_____
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28